IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| S. CHRISTOPHER NEY, | § | |
| | § | No. 247, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below–the Superior |
| | § | Court of the State of Delaware |
| v. | § | |
| | § | C.A. No. N24C-08-357 |
| 3i GROUP PLC and 3i | § | |
| CORPORATION, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |
| | § | |

Submitted: December 10, 2025
Decided: December 18, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion dated May 21, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice